IN THE UNITED STATES DISCTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

---

MARAIN RANKINS,

     Plaintiff,

v.

POLK COUNTY, IOWA; POLK
COUNTY SHERIFF, KEVIN J.
SCHNEIDER, in his official capacity;
SGT. SHAWN MICHAEL, in his
individual and official capacities; SGT.
ANTHONY MCCARTHY, in his
individual and official capacities; SGT.
AYAL NAGGAR, in his individual and
official capacities; DO RYAN AUSTIN, in
his individual and official capacities; DO
TAD STANSBERRY, in his individual and
official capacities; URT CODY GROVE;
in his individual and official capacities; DO
TYLER TITUS, in his individual and
official capacities; DO JUSTIN
BROWNLEE, in his individual and official
capacities; SGT. JUSTIN CRONIN, in his
individual and official capacities; DO
DEREK BROWN, in his individual and
official capacities; DO CAMERON
FIELD, in his individual and official
capacities; DO MICHAEL KYLE, in his
individual and official capacities; DO
ETHAN SHELTON, in his individual and
official capacities; DO MATTHEW
RINNER, in his individual and official
capacities; DO DUSTIN MERCHANT, in
his individual and official capacities; DO
REESE STAHLBAUM, in his individual
and official capacities; DO LUKE
GILDER, in his individual and official
capacities; DO BRANDON BACH, in his
individual and official capacities; DO
MALCOLM ORWENYO, in his individual
and official capacities; DO ALONG
NGINO NIKAKO, in his individual and
official capacities; DO JACOB OCHOA,

Case No.  4:24-CV-00103


DEFENDANTS' ANSWER TO
SECOND AMENDED COMPLAINT

| in his individual and official capacities; DO DALTEN LEHMAN, in his individual and official capacities; DO MARY WHITE, in her individual and official capacities; DO AARON VAN VOORST, in his individual and official capacities, DO JONAH WILSON, in his individual and official capacities; DO D. WUBBEN, in his individual and official capacities; DO CRITCHLOW, in his individual and official capacities; and John Doe #9, in their individual and official capacities. | |
|---|---|
| Defendants. | |

**COME NOW** Defendants Polk County, Iowa, Schneider, Michael, McCarthy, Naggar, Austin, Stansberry, Grove, Titus, Brownlee, Cronin, Brown, Field, Kyle, Shelton, Rinner, Merchant, Stahlbaum, Gilder, Bach, Orwenyo, Nikako, Ochoa, Lehman, White, Van Voorst, Wilson, Wubben, and Critchlow [collectively Polk County Defendants] and for their Answer to the Second Amended Complaint, state as follows:

## I.    NATURE OF ACTION

1.    Polk County Defendants admit this paragraph to the extent Plaintiff is attempting to bring a § 1983 claim and 1988; Title II of the Americans with Disabilities Act ("ADA"), codified at 42 U.S.C. §§ 12131–34; and Iowa State law, seeking monetary damages, costs, and fees for the Plaintiff but deny any other allegations contained in paragraph 1 of the Second Amended Complaint.

2.    Polk County Defendants admit that Plaintiff was diagnosed with paraplegia and that he is confined to a wheelchair but deny any other allegations contained in paragraph 2 of the Second Amended Complaint for lack of information.

3.    Polk County Defendants admit that the Plaintiff was incarcerated on state and federal charges but deny all other allegations contained in paragraph 3 of the

Second Amended Complaint.

4.      Polk County Defendants deny the allegations contained in paragraph 4 of the Second Amended Complaint.

5.      Polk County Defendants admit Plaintiff was given necessary medical supplies but deny the remaining allegations contained in paragraph 5 of the Second Amended Complaint for lack of information.

6.      Polk County Defendants deny the allegations contained in paragraph 6 of the Second Amended Complaint.

7.      Polk County Defendants deny the allegations contained in paragraph 7 of the Second Amended Complaint.

8.      Polk County Defendants deny the allegations contained in paragraph 8 of the Second Amended Complaint.

9.      Polk County Defendants deny the allegations contained in paragraph 9 of the Second Amended Complaint.

10.     Polk County Defendants deny the allegations contained in paragraph 10 of the Second Amended Complaint.

11.     Polk County Defendants admit that there were occasions that Plaintiff was handcuffed while he was in his wheelchair when being moved throughout the facility but deny the remaining allegations contained in paragraph  11 of the Second Amended Complaint.

12.     Polk County Defendants deny the allegations in paragraph 12 of the Second Amended Complaint.

13.     Polk County Defendants deny the allegations in paragraph 13 of the Second

Amended Complaint.

14.    Polk County Defendants admit there were occasions when Rankins would request medical care and he would be referred to NaphCare, Inc. and its employees.  The remaining allegations in paragraph 14 of the Second Amended Complaint are denied.

15.    Polk County Defendants admit it was required to provide Rankins with supplies but deny the remaining allegations contained in paragraph  15 of the Second Amended Complaint.

16.    Polk County Defendants deny the allegations in paragraph 16 of the Second Amended Complaint.

17.    Polk County Defendants deny the allegations contained in paragraph 17 of the Second Amended Complaint.

18.    Polk County Defendants deny the allegations contained in paragraph 18 of the Second Amended Complaint.

19.    Polk County Defendants deny the allegations contained in paragraph 19 of the Second Amended Complaint.

20.    Polk County Defendants deny the allegations contained in paragraph 20 of the Second Amended Complaint.

21.    Polk County Defendants deny the allegations contained in paragraph 21 of the Second Amended Complaint.

22.    Polk County Defendants deny the allegations contained in paragraph 22 of the Second Amended Complaint.

23.    Polk County Defendants deny the allegations in paragraph 23 of the Second

Amended Complaint.

24.    Polk County Defendants deny the allegations contained in paragraph 24 of the Second Amended Complaint.

25.    Polk County Defendants deny the allegations contained in paragraph 25 of the Second Amended Complaint.

26.    Polk County Defendants deny the allegations contained in paragraph 26 of the Second Amended Complaint.

27.    Polk County Defendants deny the allegations contained in paragraph 27 of the Second Amended Complaint.

28.    Polk County Defendants deny the allegations contained in paragraph 28 of the Second Amended Complaint.

## II.    JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

29.     Polk County Defendants admit this paragraph to the extent Plaintiff is attempting to bring a § 1983, 1988 and 12131-34 claim.

30.    Polk County Defendants admit that this court has jurisdiction.

31.    Polk County Defendants admits that the venue is proper.

32.    Polk County Defendants admit the allegations contained in paragraph 32.

33.    Polk County Defendants admit the allegations contained in paragraph 33.

34.    Polk County Defendants deny the allegations contained in paragraph 34.

35.    Polk County Defendants admit the allegations contained in paragraph 35.

36.    Polk County Defendants admit the allegations contained in paragraph 36.

37.    Polk County Defendants admit the allegations contained in paragraph 37.

38.    Polk County Defendants admit the allegations contained in paragraph 38.

39.     Polk County Defendants admit the allegations contained in paragraph39.

40.     Polk County Defendants admit the allegations contained in paragraph 40.

41.     Polk County Defendants admit the allegations contained in paragraph 41.

42.     Polk County Defendants admit the allegations contained in paragraph 42.

43.     Polk County Defendants admit the allegations contained in paragraph 43.

44.     Polk County Defendants admit the allegations contained in paragraph 44.


### III.     THE PARTIES

45.     Polk County Defendants deny the allegations contained in paragraph 45 of the Second Amended Complaint for lack of information.

46.     Polk County Defendants admit the allegations contained in paragraph 46.

47.     Polk County Defendants admit the allegations contained in paragraph 47.

48.     Polk County Defendants admit the allegations contained in paragraph 48.

49.     Polk County Defendants admit the allegations contained in paragraph 49.

50.     Polk County Defendants admit the allegations contained in paragraph 50.

51.     Polk County Defendants admit the allegations contained in paragraph 51.

52.     .Polk County Defendants admit the allegations contained in paragraph 52.

53.     Polk County Defendants admit the allegations contained in paragraph 53.

54.     Polk County Defendants admit the allegations contained in paragraph 54.

55.     Polk County Defendants admit the allegations contained in paragraph 55.

56.     Polk County Defendants admit the allegations contained in paragraph 56.

57.     Polk County Defendants admit the allegations contained in paragraph 57.

58.     Polk County Defendants admit the allegations contained in paragraph 58.

59.     Polk County Defendants admit the allegations contained in paragraph 59.

60.     Polk County Defendants admit the allegations contained in paragraph 60.

61.     Polk County Defendants admit the allegations contained in paragraph 61.

62.     Polk County Defendants admit the allegations contained in paragraph 62.

63.     Polk County Defendants admit the allegations contained in paragraph 63  of the Second Amended Petition.

64.     Polk County Defendants admit the allegations contained in paragraph 64 of the Second Amended Petition.

65.     Polk County Defendants admit the allegations contained in paragraph 65 for lack of information of the Second Amended Petition.

66.     Polk County Defendants admit the allegations contained in paragraph 66 of the Second Amended Petition.

67.     Polk County Defendants admit the allegations contained in paragraph 67 of the Second Amended Petition.

68.     Polk County Defendants deny the allegations contained  in paragraph 68 of the Second Amended Petition for lack of information.

## IV.     ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

### A. Spinal Code [sic] Injuries, Standard of Care, and Medical Equipment

*1. Spinal Cord Injuries*

69.     Polk County Defendants deny the allegations contained in paragraph 69 of the Amended Complaint for lack of information.

70.     Polk County Defendants deny the allegations contained in paragraph 70 of the Amended Complaint for lack of information.

71.    Polk County Defendants deny the allegations contained in paragraph 71 of the Amended Complaint for lack of information.

72.    Polk County Defendants deny the allegations contained in paragraph 72 of the Amended Complaint for lack of information.

73.    Polk County Defendants deny the allegations contained in paragraph 73 of the Amended Complaint for lack of information.

74.    Polk County Defendants deny the allegations contained in paragraph 74 of the Amended Complaint for lack of information.

75.    Polk County Defendants deny the allegations contained in paragraph 75 of the Amended Complaint for lack of information.

*2. Standard of Care*

76.    Polk County Defendants deny the allegations contained in paragraph 76 of the Second Amended Complaint for lack of information.

77.    Polk County Defendants deny the allegations contained in paragraph 77, and all its subparts, of the Second Amended Complaint for lack of information.

78.    Polk County Defendants deny the allegations contained in paragraph 78 of the Second Amended Complaint for lack of information.

79.    Polk County Defendants deny the allegations contained in paragraph 79, and all its subparts, of the Amended Complaint for lack of information.

80.    Polk County Defendants deny the allegations contained in paragraph 80 of the Second Amended Complaint for lack of information.

*3. Commode Chair*

81.    Polk County Defendants deny the allegations contained in paragraph 81 of the

Second Amended Complaint for lack of information.

82. Polk County Defendants deny the allegations contained in paragraph 82 of the Second Amended Complaint for lack of information.

83. Polk County Defendants deny the allegations contained in paragraph 83 of the Second Amended Complaint for lack of information.

84. Polk County Defendants deny the allegations contained in paragraph 84 of the Second Amended Complaint for lack of information.

*4. Shower Chair*

85. Polk County Defendants deny the allegations contained in paragraph 85 of the Second Amended Complaint for lack of information.

86. Polk County Defendants deny the allegations contained in paragraph 86 of the Second Amended Complaint for lack of information.

87. Polk County Defendants deny the allegations contained in paragraph 87 of the Second Amended Complaint for lack of information.

*5. Manual Wheelchair*

88. Polk County Defendants deny the allegations contained in paragraph 88 of the Second Amended Complaint for lack of information.

89. Polk County Defendants deny the allegations contained in paragraph 89 of the Second Amended Complaint for lack of information.

90. Polk County Defendants deny the allegations contained in paragraph 90 of the Second Amended Complaint for lack of information.

91. Polk County Defendants deny the allegations contained in paragraph 91 of the Second Amended Complaint for lack of information.

*6. Seat Cushion*

92.    Polk County Defendants deny the allegations contained in paragraph 92 of the

Second Amended Complaint for lack of information.

93.    Polk County Defendants deny the allegations contained in paragraph 93 of the

Second Amended Complaint for lack of information.

94.    Polk County Defendants deny the allegations contained in paragraph 94 of the

Second Amended Complaint for lack of information.

*7. Stability Control*

95.    Polk County Defendants deny the allegations contained in paragraph 95 of the

Second Amended Complaint for lack of information.

96.    Polk County Defendants deny the allegations contained in paragraph 96 of the

Second Amended Complaint for lack of information.

97.    Polk County Defendants deny the allegations contained in paragraph 97 of the

Second Amended Complaint for lack of information.

*8. Urinary Catheter*

98.    Polk County Defendants deny the allegations contained in paragraph 98 of the

Second Amended Complaint for lack of information.

99.    Polk County Defendants deny the allegations contained in paragraph 99 of the

Second Amended Complaint for lack of information.

100.    Polk County Defendants deny the allegations contained in paragraph 100 of the

Second Amended Complaint for lack of information.

101.    Polk County Defendants deny the allegations contained in paragraph 101 of the

Second Amended Complaint for lack of information.

*9. Special Mattress*

102.   Polk County Defendants deny the allegations contained in paragraph 102 of the Second Amended Complaint for lack of information.

103.   Polk County Defendants deny the allegations contained in paragraph 103 of the Second Amended Complaint for lack of information.

*10. Laxative Suppository*

104.   Polk County Defendants deny the allegations contained in paragraph 104 of the Second Amended Complaint for lack of information.

105.   Polk County Defendants deny the allegations contained in paragraph 105 of the Second Amended Complaint for lack of information.

*11. Manual Evacuation of Bowels*

106.   Polk County Defendants deny the allegations contained in paragraph 106 of the Second Amended Complaint for lack of information.

107.   Polk County Defendants deny the allegations contained in paragraph 107 of the Second Amended Complaint for lack of information.

108.   Polk County Defendants deny the allegations contained in paragraph 108 of the Second Amended Complaint for lack of information.

109.   Polk County Defendants deny the allegations contained in paragraph 109 of the Second Amended Complaint for lack of information.

110.   Polk County Defendants deny the allegations contained in paragraph 110 of the Second Amended Complaint for lack of information.

**B.  Consequences of Non-Adherence to Standard of Care**

111.   Polk County Defendants deny the allegations contained in paragraph 111, and all

its subparts, of the Second Amended Complaint for lack of information.

*1. Automatic Dysreflexia*

112.    Polk County Defendants deny the allegations contained in paragraph 112 of the Second Amended Complaint for lack of information.

113.    Polk County Defendants deny the allegations contained in paragraph 101137 of the Second Amended Complaint for lack of information.

114.    Polk County Defendants deny the allegations contained in paragraph 114 of the Second Amended Complaint for lack of information.

115.    Polk County Defendants deny the allegations contained in paragraph 115 of the Second Amended Complaint for lack of information.

*2. Pressure Sores*

116.    Polk County Defendants deny the allegations contained in paragraph 116 of the Second Amended Complaint for lack of information.

117.    Polk County Defendants deny the allegations contained in paragraph 117 of the Second Amended Complaint for lack of information.

118.    Polk County Defendants deny the allegations contained in paragraph 118 of the Second Amended Complaint for lack of information.

119.    Polk County Defendants deny the allegations contained in paragraph 119 of the Second Amended Complaint for lack of information.

120.    Polk County Defendants deny the allegations contained in paragraph 120 of the Second Amended Complaint for lack of information.

*3. UTIs*

121.    Polk County Defendants deny the allegations contained in paragraph 121 of the

Second Amended Complaint for lack of information.

122.    Polk County Defendants deny the allegations contained in paragraph 122 of the
Second Amended Complaint for lack of information.

*Blood Clots*

123.    Polk County Defendants deny the allegations contained in paragraph 123 of the
Second Amended Complaint for lack of information.

124.    Polk County Defendants deny the allegations contained in paragraph 124 of the
Second Amended Complaint for lack of information.

125.    Polk County Defendants deny the allegations contained in paragraph 125 of the
Second Amended Complaint for lack of information.

126.    Polk County Defendants deny the allegations contained in paragraph 126 of the
Second Amended Complaint for lack of information.

**C. Plaintiff's Diagnosis, Healthcare Routine, and Complications**

127.    Polk County Defendants admit Plaintiff was shot and paralyzed but deny the
remaining allegations contained in paragraph 127 of the Second Amended
Complaint for lack of information.

128.    Polk County Defendants deny the allegations contained in paragraph 128 of the
Second Amended Complaint for lack of information.

129.    Polk County Defendants admit the allegations contained in paragraph 129 of the
Second Amended Complaint.

130.    Polk County Defendants admit Plaintiff was housed in juvenile detention but deny
the remaining allegations contained in paragraph 130 of the Second Amended
Complaint.

131.  Polk County Defendants deny the allegations contained in paragraph 131 of the Second Amended Complaint for lack of information.

132.  Polk County Defendants deny the allegations contained in paragraph 132 of the Second Amended Complaint for lack of information.

133.  Polk County Defendants deny the allegations contained in paragraph 133 of the Second Amended Complaint for lack of information.

134.  Polk County Defendants deny the allegations contained in paragraph 134 of the Second Amended Complaint for lack of information.

135.  Polk County Defendants deny the allegations contained in paragraph 135 of the Second Amended Complaint for lack of information.

136.  Polk County Defendants deny the allegations contained in paragraph 136 of the Second Amended Complaint for lack of information.

137.  Polk County Defendants deny the allegations contained in paragraph 137 of the Second Amended Complaint for lack of information.

138.  Polk County Defendants deny the allegations contained in paragraph 138 of the Second Amended Complaint for lack of information.

139.  Polk County Defendants deny the allegations contained in paragraph 139 of the Second Amended Complaint for lack of information.

140.  Polk County Defendants deny the allegations contained in paragraph 140 of the Second Amended Complaint for lack of information.

141.  Polk County Defendants deny the allegations contained in paragraph 141 of the Second Amended Complaint for lack of information.

142.  Polk County Defendants deny the allegations contained in paragraph 142 of the

Second Amended Complaint for lack of information.

143.    Polk County Defendants deny the allegations contained in paragraph 143, and all

its subparts, of the Second Amended Complaint for lack of information.

144.    Polk County Defendants deny the allegations contained in paragraph 144 of the

Second Amended Complaint for lack of information.

### D. Plaintiff's State Criminal Cases.

#### 1. State Case No. FECR367814 (Polk County)

145.    Polk County Defendants admit the allegations contained in paragraph 145 of the

Second Amended Complaint.

146.    Polk County Defendants admit the allegations contained in paragraph 146 of the

Second Amended Complaint.

147.    Polk County Defendants admit the allegations contained in paragraph 147 of the

Second Amended Complaint.

148.    Polk County Defendants admit the allegations contained in paragraph 148 of the

Second Amended Complaint.

149.    Polk County Defendants admit the allegations contained in paragraph 149 of the

Second Amended Complaint.

#### 2. State Case No. FECR348595

150.    Polk County Defendants admit the allegations contained in paragraph 150 of the

Second Amended Complaint.

151.    Polk County Defendants deny the allegations contained in paragraph 151 of the

Second Amended Complaint for lack of information.

152.    Polk County Defendants admit the allegations contained in paragraph 152 of the

Second Amended Complaint.

153.   Polk County Defendants admit the allegations contained in paragraph 153 of the Second Amended Complaint.

154.   Polk County Defendants admit the allegations contained in paragraph 154 of the Second Amended Complaint.

### E. Plaintiff's Federal Criminal Case

*1. Federal Case no. 4:23-cr-096 (S.D. Iowa)*

155.   Polk County Defendants deny the allegations contained in paragraph 155 of the Second Amended Complaint for lack of information.

156.   Polk County Defendants deny the allegations contained in paragraph 156 of the Second Amended Complaint for lack of information.

157.   Polk County Defendants admit the allegations contained in paragraph 157 of the Second Amended Complaint.

158.   Polk County Defendants deny the allegations contained in paragraph 158 of the Second Amended Complaint.

159.   Polk County Defendants deny the allegations contained in paragraph 159 of the Second Amended Complaint for lack of information.

160.   Polk County Defendants deny the allegations contained in paragraph 160 of the Second Amended Complaint for lack of information.

161.   Polk County Defendants admit the allegations contained in paragraph 161 of the Second Amended Complaint.

162.   Polk County Defendants admit the allegations contained in paragraph 162 of the Second Amended Complaint.

**F.  Incarceration at Polk County Jail**

163.    Polk County Defendants admit the allegations contained in paragraph 163 of the Second Amended Complaint.

164.    Polk County Defendants admit the allegations contained in paragraph 164 of the Second Amended Complaint.

165.    Polk County Defendants deny the allegations contained in paragraph 165 of the Second Amended Complaint for lack of information.

166.    Polk County Defendants deny the allegations contained in paragraph 166 of the Second Amended Complaint for lack of information.

167.    Polk County Defendants admit the allegations contained in paragraph 167 of the Second Amended Complaint.

168.    County Defendants admit the allegations contained in paragraph 168 of the Second Amended Complaint.

**G.  Overview of Mistreatment at Polk County Jail**

169.    Polk County Defendants admit the allegations contained in paragraph 169 of the Second Amended Complaint to the extent that Plaintiff was evaluated by medical staff employed by NaphCare to determine his medical needs while incarcerated. The remaining allegations are denied for lack of information.

170.    Polk County Defendants deny the allegations contained in paragraph 170 of the Second Amended Complaint.

171.    Polk County Defendants admit the allegations contained in paragraph 171 of the Second Amended Complaint that Plaintiff was provided necessary medical supplies, clean clothing and bedding.  The remaining allegations are denied for

lack of information.

172.    Polk County Defendants deny the allegations contained in paragraph 172 of the Second Amended Complaint.

173.    Polk County Defendants admit the allegations contained in paragraph 173 of the Second Amended Complaint.

174.    Polk County Defendants deny the allegations contained in paragraph 174 of the Second Amended Complaint.

175.    Polk County Defendants admit that Naphcare, Inc. issued "Jail Staff Alerts" and other communications to Polk County Jail staff but denies the remaining allegations contained in paragraph 175 of the Second Amended Complaint.

176.    Polk County Defendants deny the allegations contained in paragraph 176 of the Second Amended Complaint.

*1. Wheelchair*

177.    Polk County Defendants deny the allegations contained in paragraph 177 of the Second Amended Complaint.

178.    Polk County Defendants deny the allegations contained in paragraph 178 of the Second Amended Complaint.

179.    Polk County Defendants deny the allegations contained in paragraph 179 of the Second Amended Complaint.

180.    Polk County Defendants deny the allegations contained in paragraph 180 of the Second Amended Complaint.

181.    Polk County Defendants admit the allegations contained in paragraph 181 of the Second Amended Complaint to the extent Plaintiff was handcuffed while being

transferred through the facility.  The remaining allegations are denied.

182.    Polk County Defendants deny the allegations contained in paragraph 182 of the Second Amended Complaint.

*Showers*

183.    Polk County Defendants deny the allegations contained in paragraph 183 of the Second Amended Complaint.

184.    Polk County Defendants deny the allegations contained in paragraph 184 of the Second Amended Complaint.

185.    Polk County Defendants deny the allegations contained in paragraph 185 of the Second Amended Complaint.

186.    Polk County Defendants deny the allegations contained in paragraph 186 of the Second Amended Complaint.

187.    Polk County Defendants deny the allegations contained in paragraph 187 of the Second Amended Complaint.

188.    Polk County Defendants admit the allegations contained in paragraph 188 of the Second Amended Complaint.

189.    Polk County Defendants deny the allegations contained in paragraph 189 of the Second Amended Complaint.

190.    Polk County Defendants deny the allegations contained in paragraph 190 of the Second Amended Complaint.

191.    Polk County Defendants deny the allegations contained in paragraph 191 of the Second Amended Complaint.

*3. Seat Cushion*

192.    Polk County Defendants deny the allegations contained in paragraph 192 of the Second Amended Complaint for lack of information.

193.    Polk County Defendants deny the allegations contained in paragraph 193 of the Second Amended Complaint for lack of information.

194.    Polk County Defendants deny the allegations contained in paragraph 194 of the Second Amended Complaint.

195.    Polk County Defendants deny the allegations contained in paragraph 195 of the Second Amended Complaint.

196.    Polk County Defendants deny the allegations contained in paragraph 196 of the Second Amended Complaint.

*4. Issues Related to Bladder and Bowel Function Control*

197.    Polk County Defendants deny the allegations contained in paragraph 197 of the Second Amended Complaint.

198.    Polk County Defendants deny Plaintiff was denied access to catheters and deny the remaining allegations contained in paragraph 198 of the Second Amended Complaint for lack of information.

199.    Polk County Defendants deny the allegations contained in paragraph 199 of the Second Amended Complaint.

200.    Polk County Defendants deny the allegations contained in paragraph 200 of the Second Amended Complaint.

201.    Polk County Defendants deny the allegations contained in paragraph 201 of the Second Amended Complaint.

202.    Polk County Defendants deny the allegations contained in paragraph 202 of the Second Amended Complaint.

203.    Polk County Defendants deny the allegations contained in paragraph 203 of the Second Amended Complaint.

204.    Polk County Defendants deny the allegations contained in paragraph 204 of the Second Amended Complaint for lack of information.

205.    Polk County Defendants deny the allegations contained in paragraph 205 of the Second Amended Complaint.

206.    Polk County Defendants deny the allegations contained in paragraph 206 of the Second Amended Complaint.

207.    Polk County Defendants deny the allegations contained in paragraph 207 of the Second Amended Complaint.

208.    Polk County Defendants deny the allegations contained in paragraph 208 of the Second Amended Complaint for lack of information.

209.    Polk County Defendants deny the allegations contained in paragraph 209 of the Second Amended Complaint.

210.    Polk County Defendants deny the allegations contained in paragraph 210 of the Second Amended Complaint.

211.    Polk County Defendants deny the allegations contained in paragraph 211 of the Second Amended Complaint.

212.    Polk County Defendants deny the allegations contained in paragraph 212 of the Second Amended Complaint.

213.    Polk County Defendants deny the allegations contained in paragraph 213 of the

Second Amended Complaint.

214.    Polk County Defendants admit that there are no doors on some pod cells, but Polk County Defendants deny the remaining allegations contained in paragraph 214 of the Second Amended Complaint.

215.    Polk County Defendants deny the allegations contained in paragraph 215 of the Second Amended Complaint for lack of information.

216.    Polk County Defendants deny the allegations contained in paragraph 216 of the Second Amended Complaint for lack of information.

217.    Polk County Defendants deny the allegations contained in paragraph 217 of the Second Amended Complaint.

*5. Pain Management*

218.    Polk County Defendants deny the allegations contained in paragraph 218 of the Second Amended Complaint and affirmatively state medical decisions are made by the third-party medical provider.

219.    Polk County Defendants deny the allegations contained in paragraph 219 of the Second Amended Complaint for lack of information.

220.    Polk County Defendants deny the allegations contained in paragraph 220 of the Second Amended Complaint and affirmatively state medical decisions are made by the third-party medical provider.

221.    Polk County Defendants deny the allegations contained in paragraph 221 of the Second Amended Complaint and affirmatively state medical decisions are made by the third-party medical provider.

222.    Polk County Defendants deny the allegations contained in paragraph 222 of the

Second Amended Complaint.

### *6. Specialized Mattress*

223.    Polk County Defendants deny the allegations contained in paragraph 223 of the Second Amended Complaint.

224.    Polk County Defendants deny the allegations contained in paragraph 224 of the Second Amended Complaint for lack of knowledge.

225.    Polk County Defendants deny the allegations contained in paragraph 225 of the Second Amended Complaint and affirmatively state medical decisions are made by the third-party medical provider.

226.    Polk County Defendants deny the allegations contained in paragraph 226 of the Second Amended Complaint.

### *7. Lack of Assistance*

227.    Polk County Defendants deny the allegations contained in paragraph 227 of the Second Amended Complaint and affirmatively state medical decisions, regarding treatment and supplies are made by the third-party medical provider.

228.    Polk County Defendants deny the allegations contained in paragraph 228 of the Second Amended Complaint.

229.    Polk County Defendants deny the allegations contained in paragraph 229 of the Second Amended Complaint.

230.    Polk County Defendants deny the allegations contained in paragraph 230 of the Second Amended Complaint for lack of information.

231.    Polk County Defendants deny the allegations contained in paragraph 231 of the Second Amended Complaint.

232.   Polk County Defendants deny the allegations contained in paragraph 232 of the Second Amended Complaint.

233.   Polk County Defendants deny the allegations contained in paragraph 233 of the Second Amended Complaint.

234.   Polk County Defendants deny the allegations contained in paragraph 234 of the Second Amended Complaint.

**H.  Detailed Mistreatment at Polk County**

235.   Paragraph 235 of the Second Amended Complaint does not require an answer from Polk County Defendants.

236.   Polk County Defendants deny the allegations contained in paragraph 236 of the Second Amended Complaint.

237.   Polk County Defendants deny the allegations contained in paragraph 237 of the Second Amended Complaint.

238.   Polk County Defendants deny the allegations contained in paragraph 238 of the Second Amended Complaint.

239.   Polk County Defendants deny the allegations contained in paragraph 239 of the Second Amended Complaint.

240.   Polk County Defendants deny the allegations contained in paragraph 240 of the Second Amended Complaint.

241.   Polk County Defendants deny the allegations contained in paragraph 241 of the Second Amended Complaint.

242.   Polk County Defendants deny the allegations contained in paragraph 242 of the Second Amended Complaint.

243.    Polk County Defendants deny the allegations contained in paragraph 243 of the Second Amended Complaint.

244.    Polk County Defendants deny the allegations contained in paragraph 244 of the Second Amended Complaint.

245.    Polk County Defendants deny the allegations contained in paragraph 245 of the Second Amended Complaint.

246.    Polk County Defendants deny the allegations contained in paragraph 246 of the Second Amended Complaint.

247.    Polk County Defendants deny the allegations contained in paragraph 247 of the Second Amended Complaint.

248.    Polk County Defendants deny the allegations contained in paragraph 248 of the Second Amended Complaint.

249.    Polk County Defendants deny the allegations contained in paragraph 249 of the Second Amended Complaint.

250.    Polk County Defendants deny the allegations contained in paragraph 250 of the Second Amended Complaint.

251.    Polk County Defendants deny the allegations contained in paragraph 251 of the Second Amended Complaint for lack of information.

252.    Polk County Defendants deny the allegations contained in paragraph 252 of the Second Amended Complaint.

253.    Polk County Defendants deny the allegations contained in paragraph 253 of the Second Amended Complaint.

254.    Polk County Defendants deny the allegations contained in paragraph 254 of the

Second Amended Complaint.

255.    Polk County Defendants deny the allegations contained in paragraph 255 of the Second Amended Complaint.

256.    Polk County Defendants deny the allegations contained in paragraph 256 of the Second Amended Complaint for lack of information.

257.    Polk County Defendants deny the allegations contained in paragraph 257 of the Second Amended Complaint.

258.    Polk County Defendants deny the allegations contained in paragraph 258 of the Second Amended Complaint.

259.    Polk County Defendants deny the allegations contained in paragraph 259 of the Second Amended Complaint.

260.    Polk County Defendants deny the allegations contained in paragraph 260 of the Second Amended Complaint.

261.    Polk County Defendants deny the allegations contained in paragraph 261 of the Second Amended Complaint.

262.    Polk County Defendants deny the allegations contained in paragraph 262 of the Second Amended Complaint.

263.    Polk County Defendants deny the allegations contained in paragraph 263 of the Second Amended Complaint.

264.    Polk County Defendants deny the allegations contained in paragraph 264 of the Second Amended Complaint.

265.    Polk County Defendants deny the allegations contained in paragraph 265 of the Second Amended Complaint.

266.    Polk County Defendants deny the allegations contained in paragraph 266 of the Second Amended Complaint.

267.    Polk County Defendants deny the allegations contained in paragraph 267 of the Second Amended Complaint.

268.    Polk County Defendants deny the allegations contained in paragraph 268 of the Second Amended Complaint for lack of information.

269.    Polk County Defendants deny the allegations contained in paragraph 269 of the Second Amended Complaint for lack of information.

270.    Polk County Defendants deny the allegations contained in paragraph 270 of the Second Amended Complaint for lack of information.

271.    Polk County Defendants deny the allegations contained in paragraph 271 of the Second Amended Complaint.

272.    Polk County Defendants deny the allegations contained in paragraph 272 of the Second Amended Complaint for lack of information.

273.    Polk County Defendants deny the allegations contained in paragraph 273 of the Second Amended Complaint for lack of information.

274.    Polk County Defendants admit the allegations contained in paragraph 274 of the Second Amended Complaint to the extent it transported Plaintiff to any medical appointments set by the third party medical provider but deny the remaining allegations.

275.    Polk County Defendants deny the allegations contained in paragraph 275 of the Second Amended Complaint.

276.    Polk County Defendants deny the allegations contained in paragraph 276 of the

Second Amended Complaint.

277.    Polk County Defendants deny the allegations contained in paragraph 277 of the Second Amended Complaint.

278.    Polk County Defendants deny the allegations contained in paragraph 278 of the Second Amended Complaint.

279.    Polk County Defendants deny the allegations contained in paragraph 279 of the Second Amended Complaint.

280.    Polk County Defendants deny the allegations contained in paragraph 280 of the Second Amended Complaint for lack of information.

281.    Polk County Defendants admit the allegations contained in paragraph 281 of the Second Amended Complaint to the extent that they confiscated Plaintiff's wheel chair for security and safety reasons at certain points of his stay, but deny any remaining allegations.

282.    Polk County Defendants deny the allegations contained in paragraph 282 of the Second Amended Complaint.

283.    Polk County Defendants deny the allegations contained in paragraph 283 of the Second Amended Complaint.

284.    Polk County Defendants deny the allegations contained in paragraph 284 of the Second Amended Complaint.

285.    Polk County Defendants deny the allegations contained in paragraph 285 of the Second Amended Complaint.

286.    Polk County Defendants deny the allegations contained in paragraph 286 of the Second Amended Complaint.

287.    Polk County Defendants deny the allegations contained in paragraph 287 of the Second Amended Complaint to the extent this has not been dismissed by the Court.

288.    Polk County Defendants deny the allegations contained in paragraph 288 of the Second Amended Complaint.

289.    Polk County Defendants deny the allegations contained in paragraph 289 of the Second Amended Complaint.

290.    Polk County Defendants deny the allegations contained in paragraph 290 of the Second Amended Complaint.

291.    Polk County Defendants deny the allegations contained in paragraph 291 of the Second Amended Complaint.

292.    Polk County Defendants deny the allegations contained in paragraph 292 of the Second Amended Complaint.

293.    Polk County Defendants deny the allegations contained in paragraph 293 of the Second Amended Complaint.

294.    Polk County Defendants deny the allegations contained in paragraph 294 of the Second Amended Complaint.

295.    Polk County Defendants deny the allegations contained in paragraph 295 of the Second Amended Complaint.

296.    Polk County Defendants deny the allegations contained in paragraph 296 of the Second Amended Complaint.

297.    Polk County Defendants deny the allegations contained in paragraph 297 of the Second Amended Complaint.

298.    Polk County Defendants deny the allegations contained in paragraph 298 of the Second Amended Complaint .

299.    Polk County Defendants admit the allegations contained in paragraph 299 of the Second Amended Complaint.

300.    Polk County Defendants deny the allegations contained in paragraph 300 of the Second Amended Complaint for lack of information.

301.    Polk County Defendants deny the allegations contained in paragraph 301 of the Second Amended Complaint for lack of information.

302.    Polk County Defendants deny the allegations contained in paragraph 302 of the Second Amended Complaint for lack of information.

303.    Polk County Defendants deny the allegations contained in paragraph 303 of the Second Amended Complaint for lack of information.

304.    Polk County Defendants deny the allegations contained in paragraph 304 of the Second Amended Complaint for lack of information.

305.    Polk County Defendants deny the allegations contained in paragraph 305 of the Second Amended Complaint for lack of information.

306.    Polk County Defendants deny the allegations contained in paragraph 306 of the Second Amended Complaint for lack of information.

307.    Polk County Defendants deny the allegations contained in paragraph 307 of the Second Amended Complaint for lack of information.

308.    Polk County Defendants deny the allegations contained in paragraph 308 of the Second Amended Complaint for lack of information.

309.    Polk County Defendants deny the allegations contained in paragraph 309 of the

Second Amended Complaint for lack of information.

310.    Polk County Defendants deny the allegations contained in paragraph 310 of the Second Amended Complaint for lack of information.

311.    Polk County Defendants deny the allegations contained in paragraph 311 of the Second Amended Complaint.

312.    Polk County Defendants deny the allegations contained in paragraph 312 of the Second Amended Complaint.

313.    Polk County Defendants deny the allegations contained in paragraph 313 of the Second Amended Complaint.

314.    Polk County Defendants deny the allegations contained in paragraph 314 of the Second Amended Complaint.

315.    Polk County Defendants deny the allegations contained in paragraph 315 of the Second Amended Complaint.

316.    Polk County Defendants deny the allegations contained in paragraph 316 of the Second Amended Complaint.

317.    Polk County Defendants deny the allegations contained in paragraph 317 of the Second Amended Complaint.

318.    Polk County Defendants deny the allegations contained in paragraph 318 of the Second Amended Complaint.

319.    Polk County Defendants deny the allegations contained in paragraph 319 of the Second Amended Complaint.

320.    Polk County Defendants deny the allegations contained in paragraph 320 of the Second Amended Complaint.

321.    Polk County Defendants deny the allegations contained in paragraph 321 of the Second Amended Complaint.

322.    Polk County Defendants deny the allegations contained in paragraph 322 of the Second Amended Complaint.

323.    Polk County Defendants deny the allegations contained in paragraph 323 of the Second Amended Complaint.

324.    Polk County Defendants deny the allegations contained in paragraph 324 of the Second Amended Complaint.

325.    Polk County Defendants deny the allegations contained in paragraph 325 of the Second Amended Complaint.

326.    Polk County Defendants deny the allegations contained in paragraph 326 of the Second Amended Complaint.

327.    Polk County Defendants deny the allegations contained in paragraph 327 of the Second Amended Complaint.

328.    Polk County Defendants deny the allegations contained in paragraph 328 of the Second Amended Complaint.

329.    Polk County Defendants deny the allegations contained in paragraph 329 of the Second Amended Complaint for lack of information.

330.    Polk County Defendants deny the allegations contained in paragraph 330 of the Second Amended Complaint.

331.    Polk County Defendants deny the allegations contained in paragraph 331 of the Second Amended Complaint.

332.    Polk County Defendants deny the allegations contained in paragraph 332 of the

Second Amended Complaint.

333.    Polk County Defendants deny the allegations contained in paragraph 333 of the Second Amended Complaint.

334.    Polk County Defendants admit that Plaintiff was allowed extra blankets but  deny any remaining allegations contained in paragraph 334 of the Second Amended Complaint.

335.    Polk County Defendants deny the allegations contained in paragraph 335 of the Second Amended Complaint.

336.    Polk County Defendants deny the allegations contained in paragraph 336 of the Second Amended Complaint.

337.    Polk County Defendants deny the allegations contained in paragraph 337 of the Second Amended Complaint.

338.    Polk County Defendants deny the allegations contained in paragraph 338 of the Second Amended Complaint.

339.    Polk County Defendants deny the allegations contained in paragraph 339 of the Second Amended Complaint.

340.    Polk County Defendants deny the allegations contained in paragraph 340 of the Second Amended Complaint for lack of information but affirmatively states that handcuffing is required while being transferred through the facility.

341.    Polk County Defendants deny the allegations contained in paragraph 341 of the Second Amended Complaint.

342.    Polk County Defendants deny the allegations contained in paragraph 342 of the Second Amended Complaint.

343.    Polk County Defendants deny the allegations contained in paragraph 343 of the Second Amended Complaint.

344.    Polk County Defendants deny the allegations contained in paragraph 344 of the Second Amended Complaint.

345.    Polk County Defendants deny the allegations contained in paragraph 345 of the Second Amended Complaint.

346.    Polk County Defendants deny the allegations contained in paragraph 346 of the Second Amended Complaint.

347.    Polk County Defendants deny the allegations contained in paragraph 347 of the Second Amended Complaint.

348.    Polk County Defendants deny the allegations contained in paragraph 348 of the Second Amended Complaint.

349.    Polk County Defendants deny the allegations contained in paragraph 349 of the Second Amended Complaint.

350.    Polk County Defendants admit that Erika Rankins was incarcerated at the Polk County Jail but deny the allegations contained in paragraph 350 of the Second Amended Complaint.

351.    Polk County Defendants deny the allegations contained in paragraph 351 of the Second Amended Complaint.

352.    Polk County Defendants deny the allegations contained in paragraph 352 of the Second Amended Complaint.

353.    Polk County Defendants deny the allegations contained in paragraph 353 of the Second Amended Complaint.

354.    Polk County Defendants deny the allegations contained in paragraph 354 of the Second Amended Complaint.

355.    Polk County Defendants Deny the allegations contained in paragraph 355 of the Second Amended Complaint.

356.    Polk County Defendants admit that Plaintiff was disciplined for rule violations but deny any remaining allegations contained in paragraph 356 of the Second Amended Complaint

357.    Polk County Defendants deny the allegations contained in paragraph 357 of the Second Amended Complaint.

358.    Polk County Defendants deny the allegations contained in paragraph 358 of the Second Amended Complaint.

359.    Polk County Defendants deny the allegations contained in paragraph 359 of the Second Amended Complaint.

360.    Polk County Defendants deny the allegations contained in paragraph 360 of the Second Amended Complaint.

361.    Polk County Defendants deny the allegations contained in paragraph 361 of the Second Amended Complaint

362.    Polk County Defendants deny the allegations contained in paragraph 362 of the Second Amended Complaint.

363.    Polk County Defendants deny the allegations contained in paragraph 363 of the Second Amended Complaint.

364.    Polk County Defendants deny the allegations contained in paragraph 364 of the Second Amended Complaint.

365.    Polk County Defendants deny the allegations contained in paragraph 365 of the Second Amended Complaint.

366.    Polk County Defendants deny the allegations contained in paragraph 366 of the Second Amended Complaint.

367.    Polk County Defendants deny the allegations contained in paragraph 367 of the Second Amended Complaint.

368.    Polk County Defendants deny the allegations contained in paragraph 368 of the Second Amended Complaint.

369.    Polk County Defendants deny the allegations contained in paragraph 369 of the Second Amended Complaint.

370.    Polk County Defendants deny the allegations contained in paragraph 370 of the Second Amended Complaint.

371.    Polk County Defendants deny the allegations contained in paragraph 371 of the Second Amended Complaint for lack of information.

372.    Polk County Defendants deny the allegations contained in paragraph 372 of the Second Amended Complaint for lack of information.

373.    Polk County Defendants deny the allegations contained in paragraph 373 of the Second Amended Complaint.

374.    Polk County Defendants deny the allegations contained in paragraph 374 of the Second Amended Complaint.

375.    Polk County Defendants deny the allegations contained in paragraph 375 of the Amended Complaint.

376.    Polk County Defendants deny the allegations contained in paragraph 376 of the

Second Amended Complaint for lack of information and affirmatively state medical decisions including placement and need for outside medical care are made by the third party medical provider.

377.    Polk County Defendants deny the allegations contained in paragraph 377 of the Second Amended Complaint for lack of information.

378.    Polk County Defendants deny the allegations contained in paragraph 378 of the Second Amended Complaint

379.    Polk County Defendants deny the allegations contained in paragraph 379 of the Second Amended Complaint.

380.    Polk County Defendants deny the allegations contained in paragraph 380 of the Second Amended Complaint.

381.    Polk County Defendants deny the allegations contained in paragraph 381 of the Second Amended Complaint.

382.    Polk County Defendants deny the allegations contained in paragraph 382 of the Second Amended Complaint.

383.    Polk County Defendants deny the allegations contained in paragraph 383 of the Second Amended Complaint.

384.    Polk County Defendants deny the allegations contained in paragraph 384 of the Second Amended Complaint.

385.    Polk County Defendants deny the allegations contained in paragraph 385 of the Second Amended Complaint.

386.    Polk County Defendants deny the allegations contained in paragraph 386 of the Second Amended Complaint.

387.    Polk County Defendants deny the allegations contained in paragraph 387 of the Second Amended Complaint.

388.    Polk County Defendants deny the allegations contained in paragraph 388 of the Second Amended Complaint.

389.    Polk County Defendants deny the allegations contained in paragraph 389 of the Second Amended Complaint.

390.    Polk County Defendants deny the allegations contained in paragraph 390 of the Second Amended Complaint.

391.    Polk County Defendants deny the allegations contained in paragraph 391 of the Second Amended Complaint.

392.    Polk County Defendants deny the allegations contained in paragraph 392 of the Second Amended Complaint.

393.    Polk County Defendants deny the allegations contained in paragraph 393 of the Second Amended Complaint.

394.    Polk County Defendants deny the allegations contained in paragraph 394 of the Second Amended Complaint.

395.    Polk County Defendants deny the allegations contained in paragraph 395 of the Second Amended Complaint.

396.    Polk County Defendants deny the allegations contained in paragraph 396 of the Second Amended Complaint.

397.    Polk County Defendants deny the allegations contained in paragraph 397 of the Second Amended Complaint.

398.    Polk County Defendants deny the allegations contained in paragraph 398 of the

Second Amended Complaint.

399.    Polk County Defendants deny the allegations contained in paragraph 399 of the Second Amended Complaint for lack of information.

400.    Polk County Defendants deny the allegations contained in paragraph 400 of the Second Amended Complaint for lack of information.

401.    Polk County Defendants deny the allegations contained in paragraph 401 of the Second Amended Complaint for lack of information.

402.    Polk County Defendants deny the allegations contained in paragraph 402 of the Second Amended Complaint for lack of information.

403.    Polk County Defendants deny the allegations contained in paragraph 403 of the Second Amended Complaint.

404.    Polk County Defendants deny the allegations contained in paragraph 404 of the Second Amended Complaint.

405.    Polk County Defendants deny the allegations contained in paragraph 405 of the Second Amended Complaint.

406.    Polk County Defendants deny the allegations contained in paragraph 406 of the Second Amended Complaint.

407.    Polk County Defendants deny the allegations contained in paragraph 407 of the Second Amended Complaint

408.    Polk County Defendants deny the allegations contained in paragraph 408 of the Second Amended Complaint for lack of information.

409.    Polk County Defendants deny the allegations contained in paragraph 409 of the Second Amended Complaint

410.    Polk County Defendants admit the allegations contained in paragraph 410 of the Second Amended Complaint.

411.    Polk County Defendants deny the allegations contained in paragraph 411 of the Second Amended Complaint for lack of information.

412.    Polk County Defendants deny the allegations contained in paragraph 412 of the Second Amended Complaint for lack of information.

413.    Polk County Defendants deny the allegations contained in paragraph 413 of the Second Amended Complaint for lack of information.

414.    Polk County Defendants deny the allegations contained in paragraph 414 of the Second Amended Complaint for lack of information.

415.    Polk County Defendants deny the allegations contained in paragraph 415 of the Second Amended Complaint for lack of information.

416.    Polk County Defendants deny the allegations contained in paragraph 416 of the Second Amended Complaint for lack of information.

417.    Polk County Defendants deny the allegations contained in paragraph 417 of the Second Amended Complaint for lack of information.

418.    Polk County Defendants deny the allegations contained in paragraph 418 of the Second Amended Complaint for lack of information.

419.    Polk County Defendants deny the allegations contained in paragraph 419 of the Second Amended Complaint for lack of information.

420.    Polk County Defendants deny the allegations contained in paragraph 420 of the Second Amended Complaint for lack of information.

421.    Polk County Defendants deny the allegations contained in paragraph 421 of the

Second Amended Complaint for lack of information.

422.   Polk County Defendants deny the allegations contained in paragraph 422 of the Second Amended Complaint for lack of information.

423.   Polk County Defendants deny the allegations contained in paragraph 423 of the Second Amended Complaint for lack of information.

424.   Polk County Defendants deny the allegations contained in paragraph 424 of the Second Amended Complaint for lack of information.

425.   Polk County Defendants deny the allegations contained in paragraph 425 of the Second Amended Complaint for lack of information.

426.   Polk County Defendants deny the allegations contained in paragraph 426 of the Second Amended Complaint for lack of information.

427.   Polk County Defendants deny the allegations contained in paragraph 427 of the Second Amended Complaint for lack of information.

428.   Polk County Defendants deny the allegations contained in paragraph 428 of the Second Amended Complaint for lack of information.

429.   Polk County Defendants deny the allegations contained in paragraph 429 of the Second Amended Complaint for lack of information.

430.   Polk County Defendants deny the allegations contained in paragraph 430 of the Second Amended Complaint for lack of information.

431.   Polk County Defendants deny the allegations contained in paragraph 431 of the Second Amended Complaint for lack of information.

432.   Polk County Defendants deny the allegations contained in paragraph 432 of the Second Amended Complaint for lack of information.

433.    Polk County Defendants deny the allegations contained in paragraph 433 of the Second Amended Complaint for lack of information.

434.    Polk County Defendants deny the allegations contained in paragraph 434 of the Second Amended Complaint for lack of information.

435.    Polk County Defendants deny the allegations contained in paragraph 435 of the Second Amended Complaint for lack of information.

436.    Polk County Defendants deny the allegations contained in paragraph 436 of the Second Amended Complaint for lack of information.

437.    Polk County Defendants deny the allegations contained in paragraph 437 of the Second Amended Complaint for lack of information.

438.    Polk County Defendants deny the allegations contained in paragraph 438 of the Second Amended Complaint for lack of information.

439.    Polk County Defendants deny the allegations contained in paragraph 439 of the Second Amended Complaint for lack of information.

440.    Polk County Defendants deny the allegations contained in paragraph 440 of the Second Amended Complaint for lack of information.

441.    Polk County Defendants deny the allegations contained in paragraph 441 of the Second Amended Complaint for lack of information.

442.    Polk County Defendants deny the allegations contained in paragraph 442 of the Second Amended Complaint for lack of information.

443.    Polk County Defendants deny the allegations contained in paragraph 443 of the Second Amended Complaint for lack of information.

444.    Polk County Defendants deny the allegations contained in paragraph 444 of the

Second Amended Complaint for lack of information.

445. Polk County Defendants deny the allegations contained in paragraph 445 of the Second Amended Complaint for lack of information.

446. Polk County Defendants deny the allegations contained in paragraph 446 of the Second Amended Complaint for lack of information.

447. Polk County Defendants deny the allegations contained in paragraph 447 of the Second Amended Complaint for lack of information.

448. Polk County Defendants deny the allegations contained in paragraph 448 of the Second Amended Complaint for lack of information.

449. Polk County Defendants deny the allegations contained in paragraph 449 of the Second Amended Complaint for lack of information.

450. Polk County Defendants deny the allegations contained in paragraph 450 of the Second Amended Complaint.

451. Polk County Defendants deny the allegations contained in paragraph 451 of the Second Amended Complaint.

452. Polk County Defendants deny the allegations contained in paragraph 452 of the Second Amended Complaint.

453. Polk County Defendants deny the allegations contained in paragraph 453 of the Second Amended Complaint.

454. Polk County Defendants deny the allegations contained in paragraph 454 of the Second Amended Complaint.

455. Polk County Defendants deny the allegations contained in paragraph 455 of the Second Amended Complaint.

456. Polk County Defendants deny the allegations contained in paragraph 456 of the Second Amended Complaint.

457. Polk County Defendants deny the allegations contained in paragraph 457 of the Second Amended Complaint.

458. Polk County Defendants deny the allegations contained in paragraph 458 of the Second Amended Complaint.

459. Polk County Defendants deny the allegations contained in paragraph 459 of the Second Amended Complaint.

460. Polk County Defendants deny the allegations contained in paragraph 460 of the Second Amended Complaint.

461. Polk County Defendants deny the allegations contained in paragraph 461 of the Second Amended Complaint.

462. Polk County Defendants deny the allegations contained in paragraph 462 of the Second Amended Complaint.

463. Polk County Defendants deny the allegations contained in paragraph 463 of the Second Amended Complaint.

464. Polk County Defendants deny the allegations contained in paragraph 464 of the Second Amended Complaint.

465. Polk County Defendants deny the allegations contained in paragraph 465 of the Second Amended Complaint for lack of information.

466. Polk County Defendants deny the allegations contained in paragraph 466 of the Second Amended Complaint for lack of information.

467. Polk County Defendants deny the allegations contained in paragraph 467 of the

Second Amended Complaint for lack of information but affirmatively state the third party medical provider is responsible for arranging any necessary off-site medical care.

468.    Polk County Defendants deny the allegations contained in paragraph 468 of the Second Amended Complaint for lack of information.

469.    Polk County Defendants deny the allegations contained in paragraph 469 of the Second Amended Complaint for lack of information.

470.    Polk County Defendants deny the allegations contained in paragraph 470 of the Second Amended Complaint for lack of information.

471.    Polk County Defendants deny the allegations contained in paragraph 471 of the Second Amended Complaint for lack of information.

472.    Polk County Defendants deny the allegations contained in paragraph 472 of the Second Amended Complaint for lack of information.

473.    Polk County Defendants deny the allegations contained in paragraph 473 of the Second Amended Complaint for lack of information.

474.    Polk County Defendants deny the allegations contained in paragraph 474 of the Second Amended Complaint for lack of information.

475.    Polk County Defendants deny the allegations contained in paragraph 475 of the Second Amended Complaint.

476.    Polk County Defendants deny the allegations contained in paragraph 476 of the Second Amended Complaint.

477.    Polk County Defendants deny the allegations contained in paragraph 477 of the Second Amended Complaint.

478.   Polk County Defendants deny the allegations contained in paragraph 478 of the Second Amended Complaint.

479.   Polk County Defendants deny the allegations contained in paragraph 479 of the Second Amended Complaint.

### 3. Repeated Incidents with Specific Officers

480.   Polk County Defendants deny the allegations contained in paragraph 480 of the Second Amended Complaint.

481.   Polk County Defendants deny the allegations contained in paragraph 481 of the Second Amended Complaint.

482.   Polk County Defendants deny the allegations contained in paragraph 482 of the Second Amended Complaint.

483.   Polk County Defendants deny the allegations contained in paragraph 483 of the Second Amended Complaint.

484.   Polk County Defendants deny the allegations contained in paragraph 484 of the Second Amended Complaint.

485.   Polk County Defendants deny the allegations contained in paragraph 485 of the Second Amended Complaint.

486.   Polk County Defendants deny the allegations contained in paragraph 486 of the Second Amended Complaint.

487.   Polk County Defendants deny the allegations contained in paragraph 487 of the Second Amended Complaint.

488.   Polk County Defendants deny the allegations contained in paragraph 488 of the Second Amended Complaint.

489.    Polk County Defendants deny the allegations contained in paragraph 489 of the Second Amended Complaint.

490.    Polk County Defendants deny the allegations contained in paragraph 490 of the Second Amended Complaint.

491.    Polk County Defendants deny the allegations contained in paragraph 491 of the Second Amended Complaint.

492.    Polk County Defendants deny the allegations contained in paragraph 492 of the Second Amended Complaint.

493.    Polk County Defendants deny the allegations contained in paragraph 493 of the Second Amended Complaint.

494.    Polk County Defendants deny the allegations contained in paragraph 494 of the Second Amended Complaint.

495.    Polk County Defendants deny the allegations contained in paragraph 495 of the Second Amended Complaint.

496.    Polk County Defendants deny the allegations contained in paragraph 496 of the Second Amended Complaint.

**I. Medical Care Policy of Defendant Polk County**

497.    Polk County Defendants deny the allegations contained in paragraph 497 of the Second Amended Complaint.

498.    Polk County Defendants deny the allegations contained in paragraph 498 of the Second Amended Complaint.

499.    Polk County Defendants deny the allegations contained in paragraph 499 of the Second Amended Complaint.

500. Polk County Defendants deny the allegations contained in paragraph 500 of the Second Amended Complaint.

501. Polk County Defendants deny the allegations contained in paragraph 501 of the Second Amended Complaint.

502. Polk County Defendants deny the allegations contained in paragraph 502 of the Second Amended Complaint.

503. Polk County Defendants deny the allegations contained in paragraph 503 of the Second Amended Complaint.

504. Polk County Defendants admit the allegations contained in paragraph 504 of the Second Amended Complaint to the extent that the Des Moines Register wrote an article detailing the disciplinary actions taken by Polk County for employees who violated laws, policies or procedures.  The remaining allegations are denied.

505. Polk County Defendants deny the allegations contained in paragraph 505 of the Second Amended Complaint for lack of information.

506. Polk County Defendants admit the allegations contained in paragraph 506 of the Second Amended Complaint to the extent those were the allegations in the lawsuit but the lawsuits were settled without any admission of liability or wrongdoing.

507. Polk County Defendants admit Herndon was criminally charged for his misconduct but deny the remaining the allegations contained in paragraph 507 of the Second Amended Complaint.

508. Polk County Defendants admit the allegations contained in paragraph 508 of the Second Amended Complaint.

509. Polk County Defendants admit the inmates identified in paragraph 509 of the

Second Amended Complaint filed lawsuits.  Polk County Defendants deny the allegations and affirmatively state Dr. Daly is not a Polk County employee and the lawsuits were dismissed against the County.

510.    Polk County Defendants deny the allegations contained in paragraph 510 of the Second Amended Complaint for lack of information and affirmatively state Dr. Daly was not a Polk County employee and the lawsuits against the County were dismissed.

511.    Polk County Defendants admit the allegations contained in paragraph 511 of the Second Amended Complaint and affirmatively state the lawsuit against the County was dismissed.

512.    Polk County Defendants admit the Ombudsman's Office released a report but deny the allegations therein and the allegations contained in paragraph 512 of the Second Amended Complaint.

513.    Polk County Defendants admit the allegations contained in paragraph 513 of the Second Amended Complaint.

## J. Failure to Train Employees

514.    Polk County Defendants deny the allegations contained in paragraph 514 of the Second Amended Complaint.

515.    Polk County Defendants deny the allegations contained in paragraph 515 of the Second Amended Complaint.

516.    Polk County Defendants deny the allegations contained in paragraph 516 of the Second Amended Complaint.

## V.    CLAIMS

### A. First Cause of Action

**42 U.S.C. § 1983. Claim for damages for deliberate indifference to serious medical needs of a pretrial detainee and later a convicted person in violation of the Eighth and Fourteenth Amendments. Defendants Sgt. Michael, Sgt. McCarthy, Sgt. Naggar, DO Austin, DO Stansberry, URT Grove, DO Titus, DO Brownlee, Sgt. Cronin, DO Brown, DO Field, DO Kyle, DO Shelton, DO Rinner, DO Merchant, DO Stahlbaum, DO Gilder, DO Bach, DO Orwenyo, DO Nikako, DO Ochoa, DO Lehman, DO White, DO Van Voorst, Do Wilson, Do Wubben, DO Critchlow, John Doe #9,**

517. Paragraph 517 does not require an answer by Polk County Defendants.

518. Polk County Defendants admit the allegations contained in paragraph 518 of the Second Amended Complaint to the extent Plaintiff suffers from paraplegia but deny the remaining allegations

519. Polk County Defendants deny the allegations contained in paragraph 519 of the Second Amended Complaint and affirmatively state Plaintiff was a convicted person as of April 22, 2024.

520. Polk County Defendants deny the allegations contained in paragraph 520 of the Second Amended Complaint.

521. Polk County Defendants deny the allegations contained in paragraph 521 of the Second Amended Complaint.

522. Polk County Defendants deny the allegations contained in paragraph 522 of the Second Amended Complaint.

523. Polk County Defendants deny the allegations contained in paragraph 523 of the Second Amended Complaint.

524. Polk County Defendants deny the allegations contained in paragraph 524 of the Second Amended Complaint.

525.    Polk County Defendants deny the allegations contained in paragraph 525 of the Second Amended Complaint.

526.    Polk County Defendants deny the allegations contained in paragraph 526 of the Second Amended Complaint.

527.    Polk County Defendants deny the allegations contained in paragraph 527 of the Second Amended Complaint.

528.    Polk County Defendants deny the allegations contained in paragraph 528 of the Second Amended Complaint.

529.    Polk County Defendants deny the allegations contained in paragraph 529 of the Second Amended Complaint.

530.    Polk County Defendants deny the allegations contained in paragraph 530 of the Second Amended Complaint.

531.    Polk County Defendants deny the allegations contained in paragraph 531 of the Second Amended Complaint.

532.    Polk County Defendants deny the allegations contained in paragraph 532 of the Second Amended Complaint.

533.    Polk County Defendants admit constitutional rights are clearly established but deny the remaining allegations contained in paragraph 533 of the Second Amended Complaint.

### B. Second Cause of Action

**42 U.S.C. § 1983. Claim for damages for unconstitutional conditions of confinement for a pretrial detainee and later a convicted person in violation of the Eighth and Fourteenth Amendments. Defendants Sgt. Michael, Sgt. McCarthy, Sgt. Naggar, DO Austin, DO Stansberry, URT Grove, DO Titus, DO Brownlee, Sgt. Cronin, DO Brown, DO Field, DO Kyle, DO Shelton, DO Rhinner, DO Merchant, DO Stahlbaum; DO Gilder, DO Bach; DO**

**Orwenyo; DO Nikako; DO Ochoa; DO Lehman; DO White; DO Van Voorst; DO Wilson; DO Wubben; DO Critchlow and John Doe #9.**

534.    Paragraph 534 does not require an answer from Polk County Defendants.

535.    Polk County Defendants deny the allegations contained in paragraph 535 of the Second Amended Complaint.

536.    Polk County Defendants admit the allegations contained in paragraph 536 of the Second Amended Complaint to the extent he was presumed innocent while he was a pretrial detainee.

537.    Polk County Defendants deny the allegations contained in paragraph 537 of the Second Amended Complaint.

538.    Polk County Defendants deny the allegations contained in paragraph 538 of the Second Amended Complaint.

539.    Polk County Defendants deny the allegations contained in paragraph 539 of the Second Amended Complaint.

540.    Polk County Defendants deny the allegations contained in paragraph 540 of the Second Amended Complaint.

541.    Polk County Defendants deny the allegations contained in paragraph 541 of the Second Amended Complaint.

542.    Polk County Defendants deny the allegations contained in paragraph 542 of the Second Amended Complaint.

543.    Polk County Defendants deny the allegations contained in paragraph 543 of the Second Amended Complaint.

544.    Polk County Defendants deny the allegations contained in paragraph 544 of the Second Amended Complaint.

545.    Polk County Defendants deny the allegations contained in paragraph 545 of the Second Amended Complaint.

546.    Polk County Defendants deny the allegations contained in paragraph 546 of the Second Amended Complaint.

547.    Polk County Defendants deny the allegations contained in paragraph 547 of the Second Amended Complaint.

548.    Polk County Defendants deny the allegations contained in paragraph 548 of the Second Amended Complaint.

549.    Polk County Defendants deny the allegations contained in paragraph 549 of the Second Amended Complaint.

550.    Polk County Defendants deny the allegations contained in paragraph 550 of the Second Amended Complaint.

551.    Polk County Defendants admit constitutional rights are clearly established but deny the remaining allegations contained in paragraph 551 of the Second Amended Complaint.

### D. Third Cause of Action

**42 U.S.C. § 1983. Claim for damages for unconstitutional threat to a pretrial detainee in violation of the Fourteenth Amendment. Defendant DO Titus.**

552.    Paragraph 552 of the Second Amended Complaint does not require an answer from Polk County Defendants.

553.    Polk County Defendants deny the allegations contained in paragraph 553 of the Second Amended Complaint.

554.    Polk County Defendants deny the allegations contained in paragraph 554 of the

Second Amended Complaint.

555.    Polk County Defendants deny the allegations contained in paragraph 555 of the

Second Amended Complaint.

### E. Fourth Cause of Action

**42 U.S.C. §§ 12102, 12131–34, Americans with Disabilities Act. Claim for damages for violations of Americans with Disabilities Act. Defendant Polk County.**

556.    Paragraph 556 of the Second Amended Complaint does not require an answer

from Polk County Defendants.

557.    Polk County Defendants admit the allegations contained in paragraph 557 of the

Second Amended Complaint.

558.    Polk County Defendants deny the allegations contained in paragraph 558 of the

Second Amended Complaint.

559.    Polk County Defendants deny the allegations contained in paragraph 559 of the

Second Amended Complaint.

560.    Polk County Defendants deny the allegations contained in paragraph 560 of the

Second Amended Complaint.

561.    Polk County Defendants deny the allegations contained in paragraph 561 of the

Second Amended Complaint.

562.    Polk County Defendants deny the allegations contained in paragraph 562 of the

Second Amended Complaint.

### F. Fifth Cause of Action

**42 U.S.C. § 1983 and *Monell*. Claim for damages for municipal liability for the conduct of employees of the Polk County Sheriff's Office, including the Jail. Defendants Polk County and the Polk County Sheriff.**

563. Paragraph 563 of the Second Amended Complaint does not require an answer from Polk County Defendants.

564. Polk County Defendants admit the allegations contained in paragraph 564 of the Second Amended Complaint to the extent individual defendants were employees of Polk County at the time of the alleged conduct. The remaining allegations are denied.

565. Polk County Defendants deny the allegations contained in paragraph 565, and all its subparts, of the Second Amended Complaint.

566. Polk County Defendants deny the allegations contained in paragraph 566 of the Second Amended Complaint.

567. Polk County Defendants deny the allegations contained in paragraph 567 of the Second Amended Complaint.

568. Polk County Defendants deny the allegations contained in paragraph 568, and all of its subparts, of the Second Amended Complaint.

569. Polk County Defendants deny the allegations contained in paragraph 569 of the Second Amended Complaint.

570. Polk County Defendants deny the allegations contained in paragraph 570 of the Second Amended Complaint.

571. Polk County Defendants deny the allegations contained in paragraph 571 of the Second Amended Complaint.

572. Polk County Defendants deny the allegations contained in paragraph 572 of the Second Amended Complaint.

573. Polk County Defendants deny the allegations contained in paragraph 573 of the

Second Amended Complaint.

574.    Polk County Defendants deny the allegations contained in paragraph 574 of the Second Amended Complaint.

575.    Polk County Defendants deny the allegations contained in paragraph 575 of the Second Amended Complaint.

576.    Polk County Defendants deny the allegations contained in paragraph 576 of the Second Amended Complaint.

## G. Sixth Cause of Action

**State-law negligence. Defendants Sgt. Michael, Sgt. McCarthy, Sgt. Naggar, DO Austin, DO Stansberry, URT Grove, DO Titus, DO Brownlee, Sgt. Cronin, DO Brown, DO Field, DO Kyle, DO Shelton, DO Rhinner, DO Merchant, DO Stahlbaum, DO Gilder, DO Back, DO Orwenyo, DO Nikako, DO Ochoa, DO Lehman, DO White, DO Van Voorst, DO Wilson, DO Wubben, DO Critchlow; and John Doe #9.**

577.    Paragraph 577 of the Second Amended Complaint does not require an answer from Polk County Defendants.

578.    Polk County Defendants deny the allegations contained in paragraph 578 of the Second Amended Complaint.

579.    Polk County Defendants deny the allegations contained in paragraph 579 of the Second Amended Complaint.

580.    Polk County Defendants deny the allegations contained in paragraph 580 of the Second Amended Complaint.

581.    Polk County Defendants deny the allegations contained in paragraph 581 of the Second Amended Complaint.

582.    Polk County Defendants deny the allegations contained in paragraph 582 of the

Second Amended Complaint.

## H. Seventh Cause of Action

**State-law intentional infliction of emotional distress. Defendants Sgt. Michael, Sgt. McCarthy, Sgt. Naggar, DO Austin, DO Stansberry, URT Grove, DO Titus, DO Brownlee, Sgt. Cronin, DO Brown, DO Field, DO Kyle, DO Shelton, DO Rhinner, DO Merchant, DO Stahlbaum, DO Gilder, DO Bach, DO Orwenyo, DO Nikako, CO Ochoa, DO Lehman, DO White, DO Van Voorst, DO Wilson, DO Wubben, DO Critchlow; and John Doe #9.**

583. Paragraph 583 of the Second Amended Complaint does not require an Answer from Polk County Defendants.

584. Polk County Defendants deny the allegations contained in paragraph 584 of the Second Amended Complaint.

585. Polk County Defendants deny the allegations contained in paragraph 585 of the Second Amended Complaint.

586. Polk County Defendants deny the allegations contained in paragraph 586 of the Second Amended Complaint.

587. Polk County Defendants deny the allegations contained in paragraph 587 of the Second Amended Complaint.

588. Polk County Defendants deny the allegations contained in paragraph 588 of the Second Amended Complaint.

## VI.    DEMAND FOR DAMAGES

589. Polk County Defendants deny the allegations contained in paragraph 589 of the Second Amended Complaint for lack of information.

590. Polk County Defendants deny the allegations contained in paragraph 590 of the Second Amended Complaint.

## AFFIRMATIVE DEFENSES

1.    Plaintiff fails to state a claim upon which relief can be granted.

2.    Plaintiff failed to exhaust his administrative remedies.

3.    Plaintiff failed to take reasonable steps to minimize, mitigate or prevent his

damages.

4.    The Plaintiff is at fault for the resulting injuries as he refused services offered by

jail staff and medical staff, or caused the injuries to himself.

5.    The Polk County Defendants are entitled to qualified immunity from suit.

6.    Plaintiff's claims for punitive damages are barred by Iowa Code Chapter 670.

7.    Conditions of confinement were necessary for security and/or to protect the health

and safety of Plaintiff and others.

8.    Plaintiff's alleged deprivations were caused by a third party.

9.    To the extent Plaintiff suffered any harm and/or damages,  a third party is liable

for indemnity and/or contribution.

10.    Polk County Defendants reserve the right to amend and/or assert any additional

affirmative defenses supported by fact or law.


Respectfully Submitted,

KIMBERLY GRAHAM
POLK COUNTY ATTORNEY

*/s/ Julie Bussanmas*
Julie Bussanmas
Assistant Polk County Attorney
111 Court Avenue, Ste. 340
Des Moines, IA 50309
Telephone:  515-286-3341
Fax:  515-286-3314

Julie.Bussanmas@polkcountyiowa.gov

ATTORNEY FOR POLK COUNTY, IOWA,
POLK COUNTY SHERIFF KEVIN
SCHNEIDER,SGT. MICHAEL, SGT.
MCCARTHY, SGT. NAGGAR, DO AUSTIN, DO
STANSBERRY, URT GROVE, DO TITUS, DO
BROWNLEE, SGT. CRONIN, DO BROWN, DO
FIELD, DO KYLE, DO SHELTON, DO RINNER,
DO MERCHANT, DO STAHLBAUM, DO
GILDER, DO BACH, DO ORWENYO, DO
NIKAKO, DO OCHOA, DO LEHMAN, DO
WHITE, DO VAN VOORST, DO WILSON, DO
WUBBEN, and DO CRITCHLOW