# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Marain Rankins,<br><br>                Plaintiff,<br><br>v.<br><br>Polk County et al.,<br><br>                Defendants. | No.   4:24-cv-00103-RGE-WPK<br><br>**Order Granting Plaintiff's Motion to Substitute Parties and File Substituted Second Amended Complaint** |

IT IS ORDERED that:

For the reasons set forth in Plaintiff's uncontested motion, Plaintiff's Second Amended Complaint SHALL be updated to Exhibit B. Defendants SHALL NOT be required to file a new Answer to Plaintiff's substituted Second Amended Complaint.

**IT IS SO ORDERED** this __8th__ day of _____July_____, 2025.

_____
Magistrate Judge William P. Kelly
United States District Court
Southern District of Iowa