# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Marain Rankins,<br><br>                Plaintiff,<br><br>v.<br><br>Polk County, Iowa et al.,<br><br>                Defendants. | No.    4:24-cv-00103-RGE-WPK<br><br>**Order Granting the Parties' Joint Motion to Extend Deadlines and Continue the Trial-Ready Date** |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 7(j) and 16(f), the Court may extend deadlines for good cause. The Court finds that the parties have established good cause to extend various discovery and trial-related deadlines.

The Court GRANTS the parties' Joint Motion to Extend Deadlines and Continue the Trial-Ready date. The following deadlines are now in place:

- Plaintiff's expert witness disclosures due on **August 15, 2025**.
- Defendant's expert witness disclosures due on **November 14, 2025**.
- Plaintiff's rebuttal expert witnesses due on **December 15, 2025**.
- Discovery shall be completed by **April 3, 2026.**
- Dispositive motions shall be filed by **May 1, 2026**.
- FRE 104, 702, and Motions in Limine shall be filed by **August 17, 2026.**
- Final Pretrial Order filed by **August 31, 2026.**
- A Final Pretrial Conference on **September 4, 2026** at **10:00 AM**.
- A Jury Trial on **September 28, 2026** at **9:00 AM**.

**IT IS SO ORDERED** this __14th__ day of __July_____, 2025.

_____
Magistrate Judge William P. Kelly
United States District Court

1

Southern District of Iowa