IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MARAIN LARAYONDA RANKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>POLK COUNTY, IOWA, ET AL.,<br><br>    Defendants. | 4:24-CV-00103-WPK<br><br><br><br><br>**ORDER REQUESTING<br>SUPPLEMENTAL BRIEFING** |

      Pending before the Court is Defendants' Motion for Leave to Add Third Party Defendants. ECF 95. A hearing on the matter was held on July 9, 2025. ECF 113. The Court has reviewed and considered the relevant filings of the parties and arguments of counsel as related to the Motion to Add Third Party Defendants. *See* ECF 95, 104, 111, 125, 126, 129, 132, 134, 135. However, based on recent developments in the case, including the dismissal of *Marain Rankins v. Naphcare, et al*, Case No. 4:24-cv-00139 on October 21, 2025, and the parties' withdrawal of the Motion to Consolidate (ECF 137), the Court finds supplemental briefing would be beneficial to the Court and the parties to address the issues remaining in the pending Motion. Therefore, the Court is directing the parties to file simultaneous supplemental letter briefs addressing the following questions: (1) Does federal law allow for motions regarding common law contribution, common law indemnification, or contractual indemnification in civil rights claims; (2) If the Court denies the Motion to Add a Third Party regarding the civil rights claims, does a viable remedy remain for those actions in state court; and (3) If any of the third parties cannot be added regarding the civil

rights claims, can and should they be added based on the tort claims. The briefs shall be filed on or before November 13, 2025.

**IT IS SO ORDERED.**

Dated: October 30, 2025.

_____
Honorable William P. Kelly
U.S. Magistrate Judge